BEFORE THE FIRST DIVISION, APRIL 3, 1958

**No. 61763.**—E. Leitz, Inc. *v.* United States, protest 309237–K (New York).

505

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of cameras, the claim of the plaintiff was sustained.